UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAQUWANNE TERRIL RUTLEY,

        Petitioner,

                                          Case No. 11-CV-14414
v.                                          HON. GEORGE CARAM STEEH

PAUL KLEE,

        Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION (#11) AND DISMISSING PETITIONER'S PETITION

On October 6, 2011, petitioner filed this application for writ of habeas corpus. On March 12, 2012, respondent filed a response. On December 10, 2012, Magistrate Judge Komives issued a thirty-seven page report and recommendation that petitioner's application for writ of habeas corpus be denied and that petitioner be denied a certificate of appealability. The objection deadline has passed and no objections were filed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Komives's December 10, 2012 report and recommendation, denies petitioner a certificate of appealability, and dismisses petitioner's petition.

      SO ORDERED.

Dated: January 9, 2013

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Jaquwanne Rutley, #722124, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221 on January 9, 2013, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk